# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152889(78)

BETTINA WINKLER, by her next friends
HELGA DAHM WINKLER and MARVIN
WINKLER,
      Plaintiff-Appellant,

v

MARIST FATHERS OF DETROIT, INC., d/b/a
NOTRE DAME PREPARATORY HIGH
SCHOOL AND MARIST ACADEMY,
      Defendant-Appellee.

_____/

SC: 152889
COA: 323511
Oakland CC: 2014-141112-CZ

On order of the Chief Justice, the joint motion of the parties to extend the time for filing their supplemental briefs is GRANTED. The supplemental briefs will be accepted as timely filed if submitted on or before January 31, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



Clerk